# SIDLEY

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300

CNEWELL@SIDLEY.COM
+1 (212) 839-8519

November 21, 2025

> Request for extension GRANTED. The parties' Initial Pretrial Conference is adjourned to **February 9, 2026, at 11:00 a.m.** Accordingly, the deadline to submit their Proposed Civil Case Management Plan and Scheduling Order is extended to **January 30, 2026**. The deadline to submit initial disclosures and a discovery plan is likewise extended to **January 13, 2026**.
>
> SO ORDERED.
>
> Dated: November 21, 2025
> New York, New York
>
> *[signature]*
> **JENNIFER L. ROCHON**
> United States District Judge

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re:   *Monteverde & Associates PC v. Nordstrom, Inc.*, No. 1:25-cv-08298-JLR

Dear Judge Rochon:

Plaintiff Monteverde & Associates PC ("Monteverde") and Defendant Nordstrom, Inc. ("Nordstrom") jointly request to extend the below upcoming event and deadlines in order to facilitate the parties' ongoing settlement discussions.

On October 14, 2025, Nordstrom filed a motion to dismiss Monteverde's complaint. On October 22, 2025, Monteverde filed a letter motion requesting an extension to respond to Nordstrom's motion to dismiss until December 12, 2025, to which Nordstrom consented, in order for the parties to continue settlement discussions. On October 23, 2025, the Court granted Monteverde's request.

The parties currently are scheduled to attend an initial pretrial conference on December 3, 2025. Dkt. 4. Based on that event, the parties also have the upcoming case deadlines: (1) on November 21, 2025, the parties are to submit a proposed civil case management plan and scheduling order, as well as a joint letter describing the case, any contemplated motions, and prospect for settlement, *see* Judge Rochon's Individual Rules of Civil Practice, Rule 2.D, (2) on November 26, 2025, the parties are to exchange initial disclosures, *see* Fed R. Civ. Pro. 26(a)(1)(C), and (3) on November 26, 2025, the parties are to submit a discovery plan, *see* Fed R. Civ. Pro. 26(f)(2).

The parties believe that further settlement discussions will be productive. *See* Fed R. Civ. Pro. 1 (noting that the federal rules should be "construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding"). Accordingly, to allow the parties time to conduct additional settlement discussions, and in light of the upcoming holidays, the parties respectfully request that the Court extend the following upcoming event and deadlines as follows:

# SIDLEY

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to Submit Proposed Civil Case Management Plan and Scheduling Order, as well as Joint Letter | November 21, 2025 | January 9, 2026 |
| Deadline to Exchange Initial Disclosures | November 26, 2025 | January 13, 2026 |
| Deadline to Submit Discovery Plan | November 26, 2025 | January 13, 2026 |
| Initial Pretrial Conference | December 3, 2025 | January 20, 2026, or otherwise at the Court's convenience |

This is the first request for an extension of the deadlines outlined above. The parties thank the Court for its time and attention to this matter.

Sincerely,

*/s/ Charlotte K. Newell*
Charlotte K. Newell, Bar No. 5504402
**Sidley Austin LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: 212.839.5300
E-mail: CNewell@sidley.com

James W. Ducayet (pro hac vice forthcoming)
**Sidley Austin LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.7000
E-mail: JDucayet@sidley.com

Robin E. Wechkin (pro hac vice forthcoming)
**Sidley Austin LLP**

**SIDLEY**

8426 316th Pl SE
Issaquah, WA 98027-8767
Telephone: 415.439.1799
E-mail: rwechkin@sidley.com

*Attorneys for Defendant Nordstrom, Inc.*


 */s/ Juan E. Monteverde*
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4740
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Attorney for Plaintiff Monteverde & Associates PC*